CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAR 20 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>           *Plaintiff,*<br><br>v.<br><br>BHAGUBHAI JAMANDAS PATEL,<br>           *Defendant.* | CRIMINAL NO. 3:09-CR-00004<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  By order of this Court, the guilty plea hearing in this matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for proposed findings of fact and a recommended disposition. The Magistrate filed his report on March 4, 2009, recommending that this Court accept the Defendant's plea of guilty to Count One of the Information and adjudge him guilty of that offense. The report also directed that a presentence report be prepared.

  After a careful review of the record, and no objection having been filed to Judge Crigler's report within ten (10) days of its service upon the parties, the Court ADOPTS the report in its entirety, ACCEPTS the Defendant's plea of guilty to Count One of the Information, and ADJUDGES him guilty of that offense.

  It is so ORDERED.

  The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

  ENTERED: This 20th Day of March, 2009

             /s/ Norman K. Moon
             NORMAN K. MOON
             UNITED STATES DISTRICT JUDGE